# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY E. BROWN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARROQUIN, et al.,<br><br>　　　　　Defendants. | 1:21-cv-00087-ADA-GSA-PC<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>**(ECF No. 15.)** |

Bobby E. Brown ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on January 21, 2021.  (ECF No. 1.)

On January 5, 2023, Plaintiff filed a motion to *proceed in forma pauperis*.  (ECF No. 15.)  Plaintiff's motion is moot and shall be denied as such because on March 12, 2021, Plaintiff paid the $402.00 filing fee in full for this case.  (Court Record.)

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis*, filed on January 5, 2023, is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**January 6, 2023**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE