UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY BROWN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OTTO MARROQUIN, et al.,<br><br>　　　　　　　　　Defendants. | No. 1:21-cv-00087 NODJ GSA (PC)<br><br>ORDER GRANTING DEFENDANTS MOTION TO EXTEND DISCOVERY DEADLINE<br><br>(ECF No. 36)<br><br>DISCOVERY DEADLINE EXTENDED TO **JANUARY 8, 2024** |

　　　Defendants have filed a motion to extend the current discovery deadline from December 8, 2023, to January 8, 2024. ECF No. 36. In support of the motion, Defendants state that they have responded to some of Plaintiff's discovery requests, but are continuing to gather additional responsive documents, and they need additional time to do so. Id. at 2. Good cause appearing, Defendants' motion to extend the current discovery deadline will be granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion to extend the discovery deadline (ECF No. 36) is GRANTED, and

　　　2. The deadline for the parties to complete all discovery is EXTENDED to **January 8, 2024**.

IT IS SO ORDERED.

Dated: **December 14, 2023**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE