UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY E. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OTTO MARROQUIN, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00087 NODJ GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 41)<br><br>PARTIES' DISPOSITIVE MOTIONS NOW DUE **APRIL 8, 2024** |

　　　Defendants have filed an ex parte motion for a sixty-day extension of time to file a motion for summary judgment. ECF No. 41 at 1. Dispositive motions are currently due February 8, 2024. See ECF No. 24 at 4 (discovery and scheduling order). Defendants request up to and including April 8, 2024, to file their pleading. ECF No. 41 at 1.

　　　In support of the motion, counsel for Defendant states that this matter was recently assigned to him in December 2023. ECF No. 41 at 3. As a result, he needs additional time to review materials related to the case, conduct legal research, and complete the dispositive motion. ECF No. 41 at 3. Counsel further states that although Plaintiff could not easily be reached to obtain his position the instant motion, notice of it will be promptly served on him. ECF No. 41 at 3-4. Good cause appearing, Defendants' motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for a sixty-day extension of time (ECF No. 41) is GRANTED, and

2. The parties shall have until **April 8, 2024**, to file dispositive motions.

IT IS SO ORDERED.

Dated:   **January 10, 2024**                              /s/ Gary S. Austin
                                                                       UNITED STATES MAGISTRATE JUDGE