UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY E. BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>OTTO MARROQUIN, et al.,<br><br>        Defendants. | No. 1:21-cv-00087-KES-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On April 11, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**April 11, 2024**__

                                                UNITED STATES MAGISTRATE JUDGE

1