UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY E. BROWN, | No. 1:21-cv-00087 KES GSA (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| v. | |
| OTTO MARROQUIN, et al., | |
| Defendants. | |

On April 11, 2024, the parties voluntarily participated in a settlement conference. During it they agreed to settle the matter. See ECF No. 51 (minute order). As a result, all pending dates on the calendar were vacated and the parties were ordered to file dispositive documents in this case and to do so within thirty days. Id.

On April 12, 2024, the parties filed a stipulation to voluntarily dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 53. To date however, the matter has not been closed on the docket. Therefore, the Clerk of Court will be directed to close it.

Accordingly, IT IS HEREBY ORDERED that in light of the parties' agreement to voluntarily dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (see ECF No. 53), the Clerk of Court shall CLOSE this case.

1

IT IS SO ORDERED.

Dated:  **April 21, 2024**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE